

# Fourth Court of Appeals
## San Antonio, Texas

July 16, 2025

No. 04-24-00769-CV

**IN RE TEXAS FIRST RENTALS, LLC**

Original Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             H. Todd McCray, Justice

Relator filed its petition for writ of mandamus and motion for temporary stay on November 14, 2024. The court held the motion for temporary stay in abeyance and requested a response from real parties in interest. Real parties in interest filed their opposition to the petition and relator has filed its reply. The court has reviewed the record, pleadings, and applicable law and determined that relator is not entitled to the relief it seeks. *See* TEX. R. APP. P. 52.8(a). Accordingly, the petition for writ of mandamus is **DENIED**. The motion for temporary stay is **DENIED** as moot.

It is so **ORDERED** on July 16, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of July, 2025.

_____
Caitlin A. McCamish, Clerk of Court

[1]This proceeding arises out of Cause No. 2024-CI-04531, styled *Texas First Rentals, LLC vs Mitchell Energy Services, LLC et al*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Kevin Henderson presiding.